

### 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Julie Lynn Lyman,             * From the 104th District Court
of Taylor County,
Trial Court No. 19687B.

Vs. No. 11-18-00214-CR         * March 25, 2021

The State of Texas,            * Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.